No. 173. United States et al. v. United States Smelting Refining & Mining Co. et al., *ante*, p. 186. The petitions for rehearing are denied. The Chief Justice and Mr. Justice Douglas took no part in the consideration or decision of these applications.

No. 248. Lawson v. United States; and
No. 249. Trumbo v. United States, *ante*, p. 934. Rehearing denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion the petition should be granted. Mr. Justice Clark took no part in the consideration or decision of this application.

No. 490. United States v. Cotton Valley Operators Committee et al., *ante*, p. 940. Rehearing denied. Mr. Justice Clark took no part in the consideration or decision of this application.

No. 661. Commission of the Department of Public Utilities of Massachusetts v. New York, New Haven & Hartford Railroad Co., *ante*, p. 943. Rehearing denied.

No. 205, Misc. Dayton v. Hunter, Warden, 338 U. S. 888. Second petition for rehearing denied. Mr. Justice Douglas took no part in the consideration or decision of this application.

No. 324, Misc. Lowe v. Killinger et al., *ante*, p. 949. Rehearing denied.